■ In the Matter of CERRO-MARMON CORPORATION, as Successor in Interest to CERRO CORPORATION, Respondent, v A. G. EDWARDS & SONS, INC., et al., Respondents, and PAUL R. HARRIS, Appellant. — Order and judgment (one paper), Supreme Court, New York County (Ascione, J.), entered on March 4, 1981, unanimously affirmed, without costs and without disbursements. The appeal from the order entered on April 3, 1981, unanimously dismissed as academic, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Kupferman, Sandler, Carro and Kassal, JJ.

■ ROBIN D. ROSS, Appellant, v ROOSEVELT HOSPITAL et al., Defendants, and JOHN F. PRUDDEN et al., Respondents. — Order, Supreme Court, New York County (Helman, J.), entered on November 16, 1981, and judgment, Supreme Court, New York County (Blangiardo, J.), entered on May 14, 1982, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court (Blangiardo, J.), entered on March 5, 1982, is unanimously dismissed as having been subsumed in the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Ross, J. P., Silverman, Fein and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL PIZARRO, Appellant. — Judgment, Supreme Court, Bronx County (Schlesinger, J.), rendered on July 9, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Ross, J. P., Silverman, Fein, Milonas and Alexander, JJ.